**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02892-REB-KLM

BETHANNE LUJAN,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Notice of Dismissal with Prejudice** [#7] filed November 21, 2012. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal with Prejudice** [#7] filed November 21, 2012, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 26, 2012, at Denver, Colorado.

                                    **BY THE COURT**:

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge