### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  12-cv-02892-REB-KLM

BETHANNE LUJAN,

     Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

     Defendant.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Notice of Dismissal with Prejudice** [#7] filed November 21, 2012.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Notice of Dismissal with Prejudice** [#7] filed November 21, 2012, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 26, 2012, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge